**In The**
# Court of Appeals
**For The**
# First District of Texas



FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 19 2015

CHRISTOPHER A. PRINE
CLERK _____

---

## NO. 01-015-00063-CV

---

**Patrick Cox, Appellant(s)**

**V.**

**Cara Cox, Appellee(s)**

---

## On Appeal from the 245th District Court
## Harris County, Texas
## Trial Court Cause No. 2013-21966

---

# PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this cause:

Mediator's Name: _____ Warren Cole _____
State Bar of Texas identification number: _____ 04549500 _____
Mailing address: _____ 3355 W. Alabam, Ste 825 _____
_____ Houston, Texas 77098 _____
Telephone number: _____ 713-275-4444 _____
Fax number: _____ 713-400-9144 _____
e-mail address: _____ warren@warcolelaw.com _____

Pro Se Appellant has confirmed with Appellee's counsel that the above mediator is an acceptable mediator to Appellee. Appellant finds the above mediator acceptable as a mediator in this cause.

Pro Se Appellant asks the Court to confirm the above mediator as the mediator in this cause.


Respectfully Submitted.

Patrick Cox
Pro Se Appellant
Mailing address: _____247 Hedwig Rd_____
Telephone number: ___832-495-9416___
Fax number: _____855-280-1504_____
e-mail address: __divorce_cara@yahoo.com__


## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on February 19, 2015.

**email to:**
Bobby K. Newman: bknservice@lnvlaw.com
Attorney for Appellee

Patrick Cox